# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## July 24, 2009

| | | |
|---|---|---|
| 29436 | State v. Thinh Minh Luong | Affirmed |

## August 12, 2009

| | | |
|---|---|---|
| 29252 | Pacific Heights Partners v. Tseng | Affirmed |

## August 26, 2009

| | | |
|---|---|---|
| 29281 | Fagaragan v. State | Affirmed |
| 29157 | State v. Sakata | Affirmed |

## August 27, 2009

| | | |
|---|---|---|
| 29321 | State v. Jaquias | Vacated and Remanded |
| 29064 | Stomber v. Stomber | Vacated and Remanded |

## August 28, 2009

| | | |
|---|---|---|
| 29304 | Hana Koali Mesa LLC v. Kupau | Affirmed |
| 29698 | K.K-G., In re | Affirmed |
| 29584 | State v. Paaaina | Affirmed |

## August 31, 2009

| | | |
|---|---|---|
| 29300 | State v. Anthony | Affirmed |